UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

TIMOTHY BROWN, *individually*, *and on behalf of himself and other similarly situated current and former employees*, )
)
)
)
    *Plaintiffs*, )
)
v. )
)
HENLEY PROPANE, INC., EDWARD HENLEY, and BRETT HENLEY, )
)
)
    *Defendants.* )

No. 4:20-CV-7

Judge Collier

Magistrate Judge Steger

# JUDGMENT ORDER

Before the Court is the parties' joint motion for approval of a settlement agreement in this action. (Doc. 22.) The Court **GRANTS** the motion and **APPROVES** the proposed settlement agreement. (Doc. 22-1 at 1–5.) This case is **DISMISSED WITH PREJUDICE**, with each party bearing its own attorney fees and costs, except as otherwise provided in the settlement agreement. There being no further issues, the Clerk of Court is **DIRECTED** to close the case.

    **SO ORDERED.**

    **ENTER:**

    **/s/**_____
    **CURTIS L. COLLIER**
    **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
   CLERK OF COURT